# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

MIAMI VALLEY FAIR HOUSING
CENTER, INC.,

      Plaintiff,

      vs                                         Civil Action No. 3:11-cv-463

10 WP, INC.,                            Judge Timothy S. Black

      Defendant.

## CONDITIONAL ORDER OF DISMISSAL

      The Court having been advised by counsel that this civil action has been settled;

      It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 45 days, move to reopen the action if settlement is not consummated.  Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

      The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

      **IT IS SO ORDERED**.


Date: 5/1/2012                                                    *s/ Timothy S. Black*
                                                                      Timothy S. Black
                                                                      United States District Judge